No. 73–5598.  NORTON, A MINOR, BY CHILES *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. Appeal from D. C. Md.  Motion of appellant for leave to proceed *in forma pauperis* granted.  Judgment vacated, and case remanded for further consideration in light of *Jimenez* v. *Weinberger,* 417 U. S. 628 (1974).

No. 73–289.  MICHELMAN, TRUSTEE IN BANKRUPTCY *v.* KINGSWOOD ET UX.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kokoszka* v. *Belford,* 417 U. S. 642 (1974).

No. 73–877.  LOCAL 2150, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Florida Power & Light Co.* v. *International Brotherhood of Electrical Workers, Local 641,* 417 U. S. 790 (1974).